IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02150-REB-KLM

PAUL HEDIN,

    Plaintiff,

v.

AMEDISYS HOLDING, L.L.C., and
AMEDISYS WESTERN, L.L.C.,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion to Allow Amended Complaint And Jury Demand** [#23] (the "Motion"). The parties are obligated to read, understand, and comply with all Local Rules of this Court. D.C.COLO.LCivR 15.1(b) requires, among other things, that "[a] party who files an opposed motion for leave to amend a pleading [ ] attach as an exhibit a copy of the proposed amended pleading which strikes through . . . the text to be deleted and underlines . . . the text to be added." The proposed Amended Complaint [#23-2] attached to the Motion does not comply with Local Rule 15.1(b). Accordingly,

    IT IS HEREBY **ORDERED** that the Motion [#23] is **DENIED without prejudice**.

    Dated:  April 18, 2014