**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.   13-cv-02150-REB-KLM

PAUL HEDIN,

      Plaintiff,

v.

AMEDISYS HOLDING, LLC, and
AMEDISYS WESTERN, LLC,

      Defendants.

---

**ORDER OF DISMISSAL**

---

**Blackburn, J.**

      The matter is before the court on the **Joint Stipulation of Dismissal With Prejudice** [#59][1] filed October 17, 2014.  After reviewing the stipulation and the record, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

      **THEREFORE, IT IS ORDERED** as follows:

      1.  That the **Joint Stipulation of Dismissal With Prejudice** [#59] filed October 17, 2014, is **APPROVED**;

      2.  That the combined Final Pretrial Conference and Trial Preparation Conference set January 15, 2015, are **VACATED**;

      3.  That the jury trial set to commence January 26, 2015, is **VACATED**;

---

[1] "[#59]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this order.

4.  That any pending motion is **DENIED** as moot;

5.  That the **Recommendation of United States Magistrate Judge** [#55] entered August 8, 2014, is **TERMINATED** on the docket; and

6.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated October 17, 2014, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge